COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-038-CV

IN RE TINA RENA BRADFORD RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and request for emergency relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

___________________________

DIXON W. HOLMAN

JUSTICE

PANEL B: HOLMAN, LIVINGSTON, and DAUPHINOT, JJ.

LIVINGSTON, J., would request a response.

DELIVERED: February 6, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.